UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAMALA D. HARRIS,<br><br>　　　　　Defendant. | No. 2:14-cv-1191 WBS AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 2, 2014, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 12.  Plaintiff was granted a thirty-day extension of time to file objections to the findings and recommendations, ECF No. 14, but has failed to do so.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　1.  The findings and recommendations filed October2, 2014, are adopted in full;

1

2. Plaintiff's request to proceed in forma pauperis is denied as barred by the three strikes provision of 28 U.S.C. §1915(g); and

3. Plaintiff's complaint is summarily dismissed with prejudice for failure to state a claim upon which relief can be granted.

Dated:  December 17, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/will1191.800

2